IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONIE ELMORE,

        Petitioner,                  No. CIV S-05-1641 GEB GGH P

vs.

PEOPLE OF THE STATE OF CALIFORNIA, et al.,

        Respondents.              <u>ORDER</u>

_____/

        Counsel for petitioner has moved for an order substituting private counsel for the Office of the Federal Defender. Counsel has included with the October 31, 2005 motion a lodged proposed order via ECF in .pdf format, but has failed to email a proposed order in wordprocessing format in accordance with the local rules. In order for the court to consider petitioner's counsel's request, counsel must comply with Local Rule 5-137(b).

        IT IS SO ORDERED.

Dated: 11/8/05

                          /s/ Gregory G. Hollows

                          GREGORY G. HOLLOWS
                          UNITED STATES MAGISTRATE JUDGE

GGH:009
elmo1641.ord