David D. Martin, Bar #90494
Designated Counsel for Service
622 Lagunaria Lane
Alameda, California 94502
Telephone: (510) 814-0399
Attorney for Petitioner
Tonie Elmore

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TONIE ELMORE, | ) | NO. Civ. S-05-1641 GEB GGH P |
| | ) | |
| Petitioner, | ) | **ORDER GRANTING UNOPPOSED** |
| | ) | **REQUEST FOR** |
| v. | ) | **EXTENSION OF TIME TO FILE JOINT** |
| | ) | **SCHEDULING STATEMENT** |
| PEOPLE OF THE STATE OF | ) | |
| CALIFORNIA, et.al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

_____

Pursuant to the unopposed request of petitioner, and good cause appearing therefor, the time for the parties to file a joint scheduling statement is extended up to and including January 23, 2006.

Dated: 11/30/05                                       /s/ Gregory G. Hollows

                                                         _____
                                                         Honorable GREGORY G. HOLLOWS
                                                         United States Magistrate Judge

elmo1641.po2