IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONIE ELMORE,

      Petitioner,                    No. CIV S-05-1641 GEB GGH P

   vs.

PEOPLE OF THE STATE OF CA,

      Respondent.              ORDER

_____/

      A joint scheduling statement in this matter was filed on February 23, 2006, pursuant to the court's order filed October 25, 2005.[1]  After reviewing the joint statement, the court makes the following ORDERS:

      1.  If petitioner intends to proceed on exhausted claims only, petitioner must file an amended petition along with any supplemental memorandum of points and authorities by May 24, 2006; respondent must file a responsive pleading within 45 days thereafter, and petitioner must file his opposition or his optional reply (traverse), as appropriate, 30 days following the response; respondent's reply, if any, if a dispositive motion was filed, is thereafter due within 30 days of service of an opposition.

---

[1] Extensions of time for filing the statement were granted by orders filed on December 1, 2005 and January 30, 2006.

1

1      2.  Should petitioner identify unexhausted claims which he will seek to exhaust, petitioner shall file an amended petition, by May 24, 2006, setting forth all claims, exhausted and unexhausted, and shall demonstrate good cause for having failed to exhaust state court remedies as to any claim which he would seek to exhaust.  Petitioner shall move the court to hold the proceedings in abeyance pending exhaustion of state court remedies as to the unexhausted claims, by May 24, 2006; if a stay is ultimately granted, petitioner must immediately pursue state court exhaustion, that is, within 30 days of the granting of a stay, and, upon said exhaustion in state court, within 30 days, proceed upon the amended petition in federal court.

3.  Should respondent object to any motion for a stay to pursue unexhausted claims, he must file any opposition to a motion for a stay pending exhaustion of unexhausted claims within 30 days of service of any motion to stay the proceedings by petitioner; thereafter, petitioner has 15 days to file any reply.

4.  If petitioner intends to make a motion for leave to conduct discovery under the Rules Governing Section 2254 Cases, Rule 6(a), petitioner must file any such motion within 60 days.  Any opposition to any motion for discovery must be filed within 30 days of the motion, and any reply to an opposition within 15 days thereafter.

5.  If petitioner intends to proceed on a motion for an evidentiary hearing, he must so indicate at the earliest appropriate time; any opposition to the motion must be filed within 30 days of service of the motion; any reply will be due 15 days thereafter.

DATED:  3/8/06

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

GGH:009
elmo1641.pst