David D. Martin, Bar #90494
Designated Counsel for Service
622 Lagunaria Lane
Alameda, California 94502
Telephone: (510) 814-0399
Attorney for Petitioner
Tonie Elmore

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TONIE ELMORE, | ) | NO. Civ. S-05-1641 GEB GGH P |
| | ) | |
| Petitioner, | ) | **ORDER GRANTING UNOPPOSED** |
| | ) | **REQUEST FOR** |
| v. | ) | **EXTENSION OF TIME TO FILE** |
| | ) | **OPENING BRIEF** |
| PEOPLE OF THE STATE OF | ) | |
| CALIFORNIA, et.al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

_____

Pursuant to the unopposed request of petitioner, and good cause appearing therefor, the time for Petitioner Tonie Elmore to file the opening brief in this matter is extended up to and including June 24, 2006.

Dated: 5/23/06                                   /s/ Gregory G. Hollows
                                                 _____
                                                 Honorable GREGORY G. HOLLOWS
                                                 United States Magistrate Judge

elmo1641.po