IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TONIE ELMORE,** | CIV-S-05-1641 GEB GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **MIKE KNOWLES, Warden,** | |
| Respondent. | |

Respondent has requested a sixty (60) day extension of time in which to file a response to the amended petition for writ of habeas corpus filed by Petitioner.

IT IS ORDERED that:

1.) Respondent is granted an extension of time to and including October 6, 2006, in which to file a response to the amended petition for writ of habeas corpus filed by Petitioner; and

2.) The Clerk of the Court is directed to substitute in the name of "Mike Knowles, Warden," in place of "People of the State of CA" as respondent in the court docket (as identified in the second amended petition).

DATED: 8/8/06

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
MAGISTRATE JUDGE

elmo1641.po2

Order

1