David D. Martin, Bar #90494
Designated Counsel for Service
622 Lagunaria Lane
Alameda, California 94502
Telephone: (510) 814-0399
Attorney for Petitioner
Tonie Elmore

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TONIE ELMORE, | ) | NO. Civ. S-05-1641 GEB GGH P |
| | ) | |
| Petitioner, | ) | **ORDER GRANTING STIPULATED** |
| | ) | **REQUEST FOR** |
| v. | ) | **CANCELLATION OF SCHEDULED** |
| | ) | **OCTOBER 29, 2007 EVIDENTIARY** |
| PEOPLE OF THE STATE OF | ) | **HEARING** |
| CALIFORNIA, et.al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

_____

Pursuant to the stipulated request of petitioner and respondent, and good cause appearing therefor, the evidentiary hearing of October 29, 2007, in this matter is vacated.

Dated: 10/16/07                                       /s/ Gregory G. Hollows
                                                      _____
                                                      United States Magistrate Judge

elmo1641.stp