IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONIE ELMORE,

    Petitioner,                    2:05-cv-1641-GEB-GGH-P

    vs.

MIKE KNOWLES, Warden,

    Respondent.               <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's dismissal of his application for a writ of habeas corpus as untimely. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

1  For the reasons set forth in the magistrate judge's December 12, 2007 findings
2  and recommendations, petitioner has not made a substantial showing of the denial of a
3  constitutional right. Accordingly, a certificate of appealability should not issue in this action.
4  IT IS SO ORDERED.
5  Dated: March 12, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge