IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONIE ELMORE,

    Petitioner,             No. CIV S-05-1641 GEB GGH P

    vs.                      CA # 08-15571

MIKE KNOWLES, Warden,

    Respondent.        ORDER
_____/

        By Order, filed in this court on 2/24/09 (docket # 50), the Ninth Circuit, inter alia, granted petitioner's (now appellant's) request for a certificate of appealability on the question of entitlement to equitable tolling of the AEDPA based on mental and/or physical illness; set a briefing schedule; granted petitioner/appellant's counsel's motion to withdraw; appointed new counsel for appellant; and directed this court to locate such counsel.

        Accordingly, IT IS ORDERED that:

1. The Federal Defender is appointed as appellate counsel for petitioner/appellant;

2. Upon assignment of this matter to specific counsel, the Federal Defender is to provide this court with the name, address and telephone number of such individual, so that this court may forward this information to the Ninth Circuit; and

3.  The Clerk of the Court, in addition to serving a copy of this order on Michael Patrick Farrell, Senior Assistant Attorney General; on Deputy Attorney General Justain P. Riley; on Carolyn Wiggin, Assistant Federal Defender; shall also serve the order on the Ninth Circuit at counselappointments@ca9.uscourts.gov.

DATED: March 2, 2009.

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

GGH:009
elmo1641.app.