# OFFICE OF THE FEDERAL DEFENDER
## EASTERN DISTRICT OF CALIFORNIA
### 801 I STREET, 3rd FLOOR
### SACRAMENTO, CALIFORNIA 95814

Daniel J. Broderick
Federal Defender

(916) 498-5700  Fax: (916) 498-5710

Linda Harter
Chief Assistant Defender

March 18, 2009



Jennifer Sheetz
Attorney at Law
38 Miller Ave., PMB 113
Mill Valley, CA 94941



MAR 1 8 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

Re:  **Elmore v. Knowles**
     **CIV -05-1641-GEB GGH**

Dear Ms. Sheetz:

This will confirm your appointment as counsel by the Honorable Gregory G. Hollows, U.S. Magistrate Judge, to represent the above-named petitioner. You are attorney of record until such time as you are relieved or other action is taken to appoint a different attorney.

Enclosed is CJA 20 form, your Order of Appointment and Voucher for services rendered. Also enclosed is an instruction sheet discussing the use of the forms.

If we may be of any further assistance regarding the processing of the enclosed form, preparation of form CJA 21 for expert services, or in reference to any other matter pertaining to this case, please feel free to call upon us at any time.

Sincerely,

*B. Darwazeh*

Becky Darwazeh
CJA - Legal Secretary

:bd
Enclosures

cc:  Clerk's Office

CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT-APPOINTED COUNSEL (Rev. 12/03)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED Toni Elmore | | | | VOUCHER NUMBER | |
|---|---|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | | 4. DIST. DKT./DEF. NUMBER CIV-05-01641 GEB GGH | | 5. APPEALS DKT./DEF. NUMBER 08-15571 | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF *(Case Name)* Elmore v. Knowles | | 8. PAYMENT CATEGORY ☐ Felony ☐ Petty Offense ☐ Misdemeanor ☐ Other ☑ Appeal | | 9. TYPE PERSON REPRESENTED ☐ Adult Defendant ☑ Appellant ☐ Juvenile Defendant ☐ Appellee ☐ Other | | 10. REPRESENTATION TYPE *(See Instructions)* APPEAL |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*

| 12. ATTORNEY'S NAME *(First Name, M.I., Last Name, including any suffix)*, AND MAILING ADDRESS Jennifer Sheetz 38 Miller Avenue, PMB 113 Mill Valley, CA 94941 Telephone Number : | 13. COURT ORDER ☑ O Appointing Counsel ☐ C Co-Counsel ☐ F Subs For Federal Defender ☐ R Subs For Retained Attorney ☐ P Subs For Panel Attorney ☐ Y Standby Counsel Prior Attorney's Name: Appointment Dates: ☐ Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR ☐ Other *(See Instructions)* ✓ GREGORY G. HOLLOWS Signature of Presiding Judge or By Order of the Court March 10 2009 Date of Order    2/27/2009 Nunc Pro Tunc Date Repayment or partial repayment ordered from the person represented for this service at time appointment.   ☐ YES   ☐ NO |
|---|---|
| 14. NAME AND MAILING ADDRESS OF LAW FIRM *(Only provide per instructions)* | |

### CLAIM FOR SERVICES AND EXPENSES

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. | a. Arraignment and/or Plea | | 0.00 | | 0.00 | |
| | b. Bail and Detention Hearings | | 0.00 | | 0.00 | |
| | c. Motion Hearings | | 0.00 | | 0.00 | |
| In Court | d. Trial | | 0.00 | | 0.00 | |
| | e. Sentencing Hearings | | 0.00 | | 0.00 | |
| | f. Revocation Hearings | | 0.00 | | 0.00 | |
| | g. Appeals Court | | 0.00 | | 0.00 | |
| | h. Other *(Specify on additional sheets)* | | 0.00 | | 0.00 | |
| | (RATE PER HOUR = $            )   TOTALS: | 0.00 | 0.00 | 0.00 | 0.00 | |
| 16. | a. Interviews and Conferences | | 0.00 | | 0.00 | |
| | b. Obtaining and reviewing records | | 0.00 | | 0.00 | |
| Out of Court | c. Legal research and brief writing | | 0.00 | | 0.00 | |
| | d. Travel time | | 0.00 | | 0.00 | |
| | e. Investigative and other work *(Specify on additional sheets)* | | 0.00 | | 0.00 | |
| | (RATE PER HOUR = $            )   TOTALS: | 0.00 | 0.00 | 0.00 | 0.00 | |
| 17. | Travel Expenses *(lodging, parking, meals, mileage, etc.)* | | | | | |
| 18. | Other Expenses *(other than expert, transcripts, etc.)* | | | | | |
| | GRAND TOTALS (CLAIMED AND ADJUSTED): | | 0.00 | | 0.00 | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE FROM:              TO: | | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|---|

22. CLAIM STATUS   ☐ Final Payment   ☐ Interim Payment Number _____   ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this   ☐ YES   ☐ NO   If yes, were you paid?   ☐ YES   ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment *(compensation or anything of value)* from any other source in connection with this representation?   ☐ YES   ☐ NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney _____   Date _____

### APPROVED FOR PAYMENT — COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT. $0.00 |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDGE | | | DATE | 28a. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED $0.00 |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) *Payment approved in excess of the statutory threshold amount.* | | | DATE | 34a. JUDGE CODE |

FILED

UNITED STATES COURT OF APPEALS

FEB 23 2009

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TONI ELMORE,<br><br>　　　　Petitioner - Appellant,<br><br>　v.<br><br>MIKE KNOWLES, Warden; et al.,<br><br>　　　　Respondents - Appellees. | No. 08-15571<br><br>D.C. No. 2:05-CV-01641-GEB<br>Eastern District of California,<br>Sacramento<br><br>ORDER |

Before:    LEAVY and W. FLETCHER, Circuit Judges.

The request for a certificate of appealability is granted with respect to the

following issue: whether appellant is entitled to equitable tolling of the AEPDA

statute of limitations based on mental and/or physical illness. *See* 28 U.S.C.

§ 2253(c)(3); *see also Laws v. Lamarque*, 351 F.3d 919, 923 (9th Cir. 2003); 9th

Cir. R. 22-1(e).

The opening brief is due May 11, 2009; the answering brief is due June 10,

2009; the optional reply brief is due within 14 days after service of the answering

brief.

The motions by David D. Martin to withdraw as counsel, filed in this court

on Match 26, 2008, and April 4, 2008, are granted.

sko/COA

The court hereby appoints counsel for appellant in this appeal. Counsel will be appointed by separate order.

The Clerk shall electronically serve this order on the appointing authority for the Eastern District of California, who will locate appointed counsel. The district court shall send notification of the name, address and telephone number of appointed counsel to the Clerk of this court at counselappointments@ca9.uscourts.gov within 14 days of locating counsel.

If appellant does not wish to have appointed counsel, appellant shall file a motion asking to proceed pro se within 14 days of the date of this order.

If Mike Knowles is no longer the appropriate appellee in this case, counsel for appellees is directed to file a notice to substitute party within 21 days of the filing date of this order. *See* Fed. R. App. P. 43(c).